# EXHIBIT C

**Financial Projections**

In connection with developing the First Amended Plan, and to assist each Holder of a Claim in determining whether to accept or reject the First Amended Plan, the Debtors have developed a set of financial projections (the "Projections").

The Debtors prepared the Projections in good faith, based upon estimates and assumptions made by the Debtors' management.

**THE PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY SIGNIFICANTLY FROM THESE PROJECTIONS.**

The estimates and assumptions in the Projections, while considered reasonable by management, may not be realized, and are inherently subject to uncertainties and contingencies. They also are based on factors such as industry performance, general business, economic, competitive, regulatory, market and financial conditions, all of which are difficult to predict and generally beyond the Debtors' control. Because future events and circumstances may well differ from those assumed and unanticipated events or circumstances may occur, the Debtors expect that the actual and projected results will differ and the actual results may be materially greater or less than those contained in the Projections. No representations can be made as to the accuracy of the Projections or the Reorganized Debtors' ability to achieve the projected results. Therefore, the Projections may not be relied upon as a guaranty or other assurance of the actual results that will occur. The inclusion of the Projections herein should not be regarded as an indication that the Debtors consider the Projections to reliably predict future performance. The Projections are subjective in many respects, and thus are susceptible to interpretations and periodic revisions based on actual experience and recent developments. The Debtors do not intend to update or otherwise revise the Projections to reflect the occurrence of future events, even in the event that assumptions underlying the Projections are not borne out. The Projections should be read in conjunction with the assumptions and qualifications set forth herein.

**THE DEBTORS DID NOT PREPARE THE PROJECTIONS WITH A VIEW TOWARDS COMPLYING WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS. THE DEBTORS' INDEPENDENT AUDITOR HAS NEITHER COMPILED NOR EXAMINED THE ACCOMPANYING PROSPECTIVE FINANCIAL INFORMATION TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO.**

**FINANCIALS PRESENTED FOR THE PERIOD ENDING DECEMBER 31, 2008 ARE UNAUDITED, ARE PRELIMINARY AND ARE SUBJECT TO CHANGE.**

**Exhibit C**

**THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION, RESULTS OF OPERATIONS OR CASH FLOWS. ACCORDINGLY, NEITHER THE DEBTORS NOR THE REORGANIZED DEBTORS INTEND TO, AND EACH DISCLAIMS ANY OBLIGATION TO: (A) FURNISH UPDATED PROJECTIONS TO HOLDERS OF ALLOWED CLAIMS OR EQUITY INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO HOLDERS OF NEW EQUITY OR TO ANY OTHER PARTY AFTER THE EFFECTIVE DATE; (B) INCLUDE ANY SUCH UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SEC; OR (C) OTHERWISE MAKE SUCH UPDATED INFORMATION PUBLICLY AVAILABLE.**

**THE DEBTORS PERIODICALLY ISSUE PRESS RELEASES REPORTING FINANCIAL RESULTS AND HOLDERS OF CLAIMS ARE URGED TO REVIEW ANY SUCH PRESS RELEASES WHEN, AND AS, ISSUED.**

**Significant Assumptions**

The Debtors prepared the Projections based on, among other things, the anticipated future financial condition and results of operations of the Reorganized Debtors.

Although the forecasts represent the best estimates of the Debtors, for which the Debtors believe they have a reasonable basis as of the date hereof, of the results of operations and financial position of the Debtors after giving effect to the reorganization contemplated under the First Amended Plan, they are only estimates and actual results may vary considerably from forecasts. Consequently, the inclusion of the forecast information herein should not be regarded as a representation by the Debtors, the Debtors' advisors or any other person that the forecast results will be achieved.

The Projections were not prepared with a view toward general use, but rather for the limited purpose of providing information in conjunction with the First Amended Plan. The Projections should be read in conjunction with Article X herein "Plan-Related Risk Factors and Alternatives to Confirming and Consummating the First Amended Plan" for a discussion of the risks related to the First Amended Plan.

The Debtors believe that a reasonable estimate of the Effective Date is March 31, 2009. If the Debtors are able to continue to draw upon the DIP Facility as planned, it is the Debtors' belief that the Projections will not change materially even if the Effective Date does not occur on the assumed Effective Date.

**Statement of Operations:**

**Exhibit C**

Constar International Inc.
Statement of Operations

| In Millions | | FY 2006 | FY 2007 | FY 2008(P) | FY 2009(P) | FY 2010(P) | FY 2011(P) | FY 2012(P) |
|---|---|---|---|---|---|---|---|---|
| | | | | Projected Fiscal Year Ended December 31: | | | | |
| Net Revenues | $ | 927.0 | $ 881.6 | $ 857.5 | $ 742.0 | $ 731.1 | $ 759.1 | $ 781.5 |
| Cost of Sales | | 828.9 | 801.1 | 789.9 | 656.5 | 651.5 | 673.1 | 691.5 |
| Depreciation | | 32.2 | 29.1 | 34.7 | 24.7 | 24.2 | 25.6 | 24.5 |
| Gross profit | | 65.9 | 51.4 | 33.0 | 60.9 | 55.3 | 60.4 | 65.5 |
| Gross margin | | 7.1% | 5.8% | 3.8% | 8.2% | 7.6% | 8.0% | 8.4% |
| SG&A expenses | | 35.2 | 32.6 | 31.2 | 33.5 | 33.8 | 34.2 | 34.5 |
| Reorganization costs | | - | - | 3.8 | 7.2 | - | - | - |
| Restructuring expenses | | 0.9 | 3.7 | 0.4 | 1.7 | - | - | - |
| Operating Income | | 29.8 | 15.1 | (2.5) | 18.5 | 21.5 | 26.2 | 31.0 |
| Non-operating expense / (income) | | (1.8) | 0.9 | 8.1 | (0.9) | (0.9) | (0.9) | (0.9) |
| EBIT | | 31.5 | 14.1 | (10.6) | 19.4 | 22.4 | 27.2 | 32.0 |
| Interest expense, net | | 41.1 | 40.7 | 38.4 | 21.2 | 18.6 | 18.0 | 17.0 |
| Income tax provision / (benefit) | | (0.1) | - | (0.4) | 0.4 | 0.5 | 4.1 | 6.1 |
| Net income / (loss) from disc ops | | (0.8) | 0.2 | (0.1) | - | - | - | - |
| Net Income / (Loss) | $ | (10.3) | $ (26.3) | $ (48.7) | $ (2.2) | $ 3.3 | $ 5.1 | $ 8.9 |
| EBITDA before restructuring | $ | 66.3 | $ 55.2 | $ 40.2 | $ 54.7 | $ 48.3 | $ 54.5 | $ 58.2 |
| EBITDA margin | | 7.1% | 6.3% | 4.7% | 7.4% | 6.6% | 7.2% | 7.4% |

## Projected Statement of Cash Flows and Balance Sheet:

Constar International Inc.
Balance Sheets

| In Millions | FY 2006 | FY 2007 | FY 2008(P) | Q1 | PF Adj | PF Q1 | FY 2009(P) | FY 2010(P) | FY 2011(P) | FY 2012(P) |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets: | | | | | | | | | | |
| Cash and cash equivalents | $ 19.4 | $ 4.3 | $ 12.2 | $ 3.7 | $ - | $ 3.7 | $ 3.5 | $ 5.3 | $ 20.3 | $ 35.4 |
| Receivables, net | 62.0 | 61.7 | 42.5 | 63.9 | | 63.9 | 52.0 | 52.7 | 54.0 | 55.3 |
| Inventories, net | 60.2 | 73.2 | 51.2 | 52.7 | | 52.7 | 41.9 | 42.6 | 43.8 | 44.9 |
| Assets of discontinued operations | 12.9 | 0.5 | 0.0 | | | | - | - | - | - |
| Prepaid expenses and other current assets | 31.2 | 21.3 | 22.5 | 34.3 | | 34.3 | 24.1 | 24.1 | 24.1 | 24.1 |
| Total current assets | 185.6 | 160.9 | 128.4 | 154.6 | - | 154.6 | 121.5 | 124.7 | 142.2 | 159.8 |
| Property Plant & Equipment, Net | 145.1 | 147.1 | 131.2 | 133.2 | | 133.2 | 127.6 | 126.7 | 119.1 | 112.6 |
| Goodwill, net | 148.8 | 148.8 | 148.8 | 146.8 | (6.6) | 140.2 | 140.2 | 140.2 | 140.2 | 140.2 |
| Other assets | 21.7 | 15.5 | 10.6 | 10.3 | | 10.3 | 9.3 | 8.5 | 7.7 | 7.7 |
| Total Assets | $ 501.2 | $ 472.3 | $ 419.0 | $ 446.8 | $ (6.6) | $ 438.2 | $ 398.5 | $ 400.2 | $ 409.2 | $ 420.3 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | |
| Current Liabilities: | | | | | | | | | | |
| Revolver | $ - | $ 0.4 | $ 20.0 | $ 26.4 | $ - | $ 26.4 | $ 3.9 | $ - | $ - | $ - |
| Accounts Payable and Accrued Liabilities | 112.3 | 116.8 | 82.4 | 118.9 | (11.2) | 107.7 | 80.8 | 82.2 | 84.5 | 86.5 |
| Other current liabilities | 15.5 | 5.8 | 14.3 | 2.6 | | 2.6 | 2.7 | 2.6 | 2.6 | 2.6 |
| Total current liabilities | 127.8 | 123.0 | 116.7 | 147.9 | (11.2) | 136.7 | 87.4 | 84.8 | 87.1 | 89.1 |
| Senior Floating Debt | 220.0 | 220.0 | 220.0 | 220.0 | | 220.0 | 220.0 | 220.0 | 220.0 | 220.0 |
| Senior Subordinated Debt | 173.5 | 173.7 | 174.0 | 174.0 | (174.0) | - | - | - | - | - |
| Pension & Post retirement liabilities | 19.1 | 11.4 | 13.7 | 14.6 | | 14.6 | 17.0 | 16.3 | 16.4 | 15.0 |
| Other liabilities | 10.4 | 16.5 | 22.3 | 23.0 | | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 |
| Total Liabilities | 550.8 | 544.6 | 546.7 | 579.5 | (185.2) | 394.3 | 347.4 | 344.1 | 346.5 | 347.1 |
| Total Stockholders' Equity | (49.6) | (72.3) | (127.7) | (132.7) | 176.6 | 43.9 | 51.2 | 56.1 | 62.7 | 73.2 |
| Total Liabilities and Stockholders' Equity | $ 501.2 | $ 472.3 | $ 419.0 | $ 446.8 | $ (8.6) | $ 438.2 | $ 398.5 | $ 400.2 | $ 409.2 | $ 420.3 |

**Exhibit C**

Constar International Inc.
Statement of Cash Flows

| In Millions | | Projected Fiscal Year Ended December 31: | | | | | |
|---|---|---|---|---|---|---|---|
| | FY 2006 | FY 2007 | FY 2008(P) | FY 2009(P) | FY 2010(P) | FY 2011(P) | FY 2012(P) |
| EBITDA before restructuring | 66.3 | 55.2 | 40.2 | 54.7 | 48.3 | 54.5 | 58.2 |
| Reorganization costs | - | - | (3.8) | (7.2) | - | - | - |
| Cash restructuring | (0.9) | (3.7) | (0.4) | (1.7) | - | - | - |
| Income taxes | - | - | - | (0.4) | (0.5) | (4.1) | (6.1) |
| Working capital | 19.8 | (0.4) | 3.2 | 3.1 | (0.1) | 0.5 | (1.9) |
| Capital expenditures | (22.6) | (25.5) | (21.4) | (20.0) | (23.4) | (18.0) | (18.0) |
| Free cash flow before interest | 62.6 | 25.5 | 17.8 | 28.4 | 24.3 | 32.9 | 32.2 |
| Interest payments | (40.9) | (40.8) | (29.3) | (21.0) | (18.6) | (18.0) | (17.0) |
| Free cash flow | $ 21.7 | $ (15.3) | $ (11.5) | $ 7.4 | $ 5.7 | $ 14.9 | $ 15.1 |
| **Operating Metrics** | | | | | | | |
| Days sales outstanding | 30.0 | 32.3 | 25.2 | 32.1 | 32.0 | 31.8 | 31.7 |
| Inventory supply (days) | 31.6 | 37.7 | 32.2 | 28.0 | 28.0 | 28.0 | 28.0 |
| A/P & accrued expenses (days) | 58.9 | 60.1 | 52.0 | 54.1 | 54.1 | 54.0 | 53.9 |
| Net $ of Working Capital | $ 9.9 | $ 18.1 | $ 11.2 | $ 13.0 | $ 13.1 | $ 13.3 | $ 13.7 |
| % to net sales | 1.2% | 2.2% | 1.7% | 2.0% | 2.0% | 1.9% | 1.9% |