# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 08-13432 (PJW) |
| CONSTAR INTERNATIONAL INC., et al.,[1] | ) Jointly Administered <br> ) |
| Debtors. | ) Objection deadline: December 23, 2009 at 4:00 p.m. <br> ) Hearing date: December 30, 2009 at 10:30 a.m. |

## MOTION FOR ENTRY OF FINAL DECREE

The above-captioned debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors"), by and through their counsel, hereby move (the "Motion") this Court for the entry of a final decree in the above-captioned cases. In support of the Motion, the Debtors represent as follows:

## BACKGROUND

1. On December 30, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and organize their properties as debtors in possession pursuant to sections 1107 and 1108 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On January 14, 2009, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee").

3. No request was made for an appointment of a trustee or examiner.

4. On February 3, 2009, the Court entered an Order (A) Approving Adequacy of Second Amended Disclosure Statement, (B) Establishing Procedures for Solicitation and

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF, Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF, Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

Tabulation of Votes to Accept or Reject the First Amended Plan, (C) Fixing a Record Date for Distribution and (E) Fixing Date, Time and Place for Confirmation Hearing [Docket No. 169] (the "Disclosure Statement Order").

5. On May 14, 2009 (the "Confirmation Date"), the Court entered an Order (the "Confirmation Order") [Docket No. 462] Confirming the Debtors' Second Amended Joint Plan of Reorganization (the "Plan") as Further Modified, Pursuant to Chapter 11 of the Bankruptcy Code.

6. The Plan became effective on or about May 29, 2009 (the "Effective Date").

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## RELIEF REQUESTED

8. Section 350(a) of the Bankruptcy Code provides in pertinent part that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 305(a). Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") similarly provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

9. Rule 5009-1(a) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") provides that "[u]pon written motion, a party in interest may seek the entry of a final decree at any time after the confirmed plan has been

substantially consummated provided that all required fees due under 28 U.S.C. § 1930 have been paid."

10. The Plan has been consummated. Specifically, the Order confirming the Plan has become a final and non-appealable order, and all of the property proposed to be transferred and disbursed under the Plan has in fact been transferred and disbursed, except with respect to the Remaining Claims (as defined below). Further, the case docket maintained in the Debtors' chapter 11 cases reflects that there are no motions, contested matters, adversary proceedings, or appeals pending.

11. After the distributions that have been made, approximately $180,000.00 remains in the estate (the "Remaining Funds") for further distribution under the Plan. The Remaining Funds will be used to pay: (1) fees, if any, due to the United States Trustee by the date of entry of an Order approving the Motion; (2) previously allowed but unpaid fees and expenses of professionals, if any; and (3) distributions on account of the Remaining Claims[2] which shall be made on or before the date this Motion is approved.

12. For the reasons discussed herein, the Debtors submit that there is ample justification for entry of a final decree closing these chapter 11 cases.

WHEREFORE, the Debtors respectfully request entry of an order entering a final decree, closing the above-captioned cases, and granting such other and further relief as is just.

---

[2] Since filing their objections to claims, the Debtors have been negotiating with the following creditors in order to resolve such creditors' claims (the "Remaining Claims"): Banks, DIH, Ltd., Briggs Equipment Inc., Obrist Americas, Inc., Harris County, Commonwealth of Pennsylvania, Department of Revenue and Obrist Closures Switzerland, GmbH (collectively, the "Remaining Creditors"). The Debtors and each of the Remaining Creditors have substantially reached agreements with respect to the Remaining Claims and anticipate stipulations and/or orders to be entered reflecting such agreements on or before the date that this Motion is approved.

3

Dated: December 11, 2009
Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
P.O. Box 21530
Wilmington, DE 19899
Telephone: (302) 655-5000

-and-

Andrew N. Goldman, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022

-and-

Eric R. Markus, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Co-Counsel to the Reorganized Debtors