Office of the United States Trustee
Post-Confirmation Quarterly Summary Report

Debtor's Name: Constar International UK Limited

Bankruptcy Number: 08-13438

Date of Confirmation: 5/14/09

Reporting Period (month/year): October 1 - December 31, 2009

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ 1,037,472 | |
| All receipts received by debtor: | | |
| Cash Sales: | | |
| Collection of Accounts Receivable: | $ 31,178,743 | |
| Proceeds from Litigation (settlement or otherwise): | | |
| Capital Infusion pursuant to the Plan: | | |
| Transfers from other debtor accounts: | $ 6,625,000 | |
| Other: | | |
| Total of cash received | $ 37,803,743 | |
| Total of cash available: | | $ 38,841,214 |

Less all disbursement or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | |
| Disbursements made pursuant to the adminstrative claims of bankruptcy professionals: | | |
| All other disbursements made in the ordinary course: | $ 27,135,470 | |
| Transfers to other debtor accounts: | $ 11,130,248 | |
| Total Disbursements | | $ 38,265,718 |
| Ending Cash Balance | | $ 575,496 |

Pursuant to 28 U.S.C. Setion 1746(2), I herby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

12/21/09
Date

*[signed] Bernard Green*
Name/Title   Corporate Controller

Debtor: Constar Inc.

Note: The November 30 spot rate was used to translate British pounds to USD, estimates were used for December.

**Constar - UK**
**Balance Sheet**
(in thousands)

| | Proj Dec-09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 575 |
| Receivables, net | 13,890 |
| Inventories, net | 8,081 |
| Prepaid expenses and other current assets | - |
| **Total Current Assets** | 22,547 |
| | |
| **Property Plant & Equipment, Net** | 10,163 |
| Goodwill, net | - |
| Total Other Assets | 399 |
| | |
| **Total Assets** | $ 33,108 |
| | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **Current Liabilities** | |
| Current portion of long term debt | |
|    Revolver | |
|    Short-Term Debt (Term B) | |
| Accounts Payable and Accrued Liabilities | $ 19,132 |
| Income taxes payable | - |
| Restructuring Liability | |
| **Total current liabilties** | 19,132 |
| | |
| Intercompany borrowings | 30,645 |
| Pension & Post retirement liabilities | - |
| Deferred income taxes | - |
| Other liabilities | - |
| **Total non current liabilties** | 30,645 |
| | |
| **Total Liabilities** | 49,778 |
| | |
| Term B Loan | |
| Secon lien term loan | |
| Senior Floating Notes | |
| Senior Subordinated Debt | |
| **Total Debt** | - |
| | |
| Minority interests | - |
| Stockholders' Equity | (16,669) |
| **Total Stockholders' Equity** | (16,669) |
| | |
| **Total Liabilities and Stockholders' Equity** | $ 33,108 |