ORIGINAL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 08-13432 (PJW) |
| CONSTAR INTERNATIONAL INC., et al.,[1] | ) Jointly Administered ) |
| Debtors. | ) Re: Docket No.: 637 ) |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for a final decree closing the above-captioned chapter 11 cases, pursuant to section 350(a) of title 11 of the United States Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Rule 5009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware; and the Court having been satisfied that the Debtors have achieved substantial consummation of their Plan and that their estates have been fully administered in accordance with the terms of the Plan; and the Court having been satisfied that the docket maintained in the Debtors' chapter 11 cases reflects the absence of any pending motion, adversary proceeding, contested matter, or appeal; and the Court having considered the record of the proceedings in the Debtors' chapter 11 cases; and good and sufficient notice of the relief requested in the Motion has been given; and after due consideration and sufficient cause appearing therefore, it is:

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF, Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF, Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that Obrist Closures Switzerland, GmbH ("Obrist Switzerland") reserves all rights with respect to the damages asserted in proof of claim number 696, as amended by Claim No 830, as well as the Administrative Expense Request filed June 29, 2009 (collectively, the "Claim"), and nothing contained in the confirmed Plan, the Confirmation Order, or the entry of the Final Decree in this case shall affect or prejudice Obrist Switzerland's rights to pursue the Claim in any appropriate forum. The Debtors reserve all rights to challenge the validity, amount and classification of such Claim, and the forum in which Obrist Switzerland seeks to adjudicate the matter. If the Claim is ultimately allowed, by settlement or final, nonappealable judgment entered in this matter, the Claim will be paid in cash in the full amount so allowed under the Debtors' confirmed chapter 11 Plan, with Obrist Switzerland reserving all rights to seek relief from this Court if the Debtors fail to pay in accordance therewith; and it is further

ORDERED that, notwithstanding the date of the entry of this Order on the docket, the Debtors' chapter 11 cases are closed as of December 30, 2009.

Dated: Jan. 4, 2010
Wilmington, Delaware

Honorable Peter J. Walsh
United States Bankruptcy Judge